Mary G. Thompson (SBN 249200)
Law Offices of Eric F. Fagan
2300 Boswell Rd., Suite 211
Chula Vista, CA 91914
mt@efaganlaw.com
Phone: 619-656-6656 Fax: 775-898-5471
Attorney for Plaintiff Raghib Sial

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAGHIB SIAL, an individual;  )<br>  )<br>            Plaintiff            )<br>  )<br>v.                                          )<br>  )<br>PROFESSIONAL COLLECTION )<br>CONSULTANTS, a corporation; and )<br>DOES 1 through 10 inclusive,      )<br>  )<br>            Defendants           )<br>  )<br>  )<br>  ) | Civil Case No.: CV 07-7868 ODW MANx<br><br>[**PROPOSED**] **ENTRY OF JUDGMENT** |

THIS MATTER comes before the Court on Plaintiff's Application for Entry of Judgment.

The Court finds that Defendant Professional Collection Consultants has offered to allow entry of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in favor of Plaintiff in the sum of $2,500.00, plus all court costs and reasonable attorney fees.

The Court further finds that Plaintiff has accepted the Defendant's Offer of Judgment.

The Court, having considered Defendant Professional Collection Consultants' Offer

of Judgment pursuant to Fed. R. Civ. P. 68, Plaintiff's acceptance of that Offer of Judgment, and the Court file, finds that Judgment should be, and hereby is, GRANTED in favor of the Plaintiff in this matter.

IT IS THEREFORE ORDERED that Plaintiff have and recover judgment against Defendant Professional Collection Consultants in the sum of $2,500.00, together with interest thereon at the judgment rate until paid.

IT IS FURTHER ORDERED that Plaintiff have and recover judgment against Defendant Professional Collection Consultants in an amount to be determined by the Court at a later date, for costs and reasonable attorney fees incurred.

IT IS FURTHER ORDERED that Plaintiff shall submit a Motion for Attorney Fees and Costs and any desired briefing to the Court within 15 days after the entry of this Judgment.

Thereafter, Defendant Professional Collection Consultants may submit its Response, if any, to Plaintiff's Motion for Attorney Fees and Costs within 15 days after filing of Plaintiff's submission.

Thereafter, Plaintiff may submit his Reply, if any, to Defendant's Response within 10 days after the filing of Defendant's Response.

Thereafter, the Court will then determine, based on the briefs and related materials submitted by the parties, if a Hearing on the Motion will be necessary.

IT IS SO ORDERED.

Dated: April 4, 2008              BY. ___ _____
                                          UNITED STATES DISTRICT JUDGE

[PROPOSED] ENTRY OF JUDGMENT